[No. 32925-9-III. Division Three. December 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DON ARTHUR MOORE, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 9, 2017. Substitute opinion filed. See 197 Wn. App. 1066.

[No. 33827-4-III. Division Three. December 15, 2016.]

LEE L. MACKESSY, *Appellant*, v. RICHARD J. ALLINGER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-04785-8, Michael P. Price, J., entered September 11, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, J.; Fearing, C.J., concurring separately.

[No. 72536-0-I. Division One. December 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDULKADIR ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05173-5, Bill Bowman, J., entered September 17, 2014. *Dismissed* by unpublished per curiam opinion.

[No. 72904-7-I. Division One. December 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JON AMADIO DEL DUCA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00681-1, Mary E. Roberts, J., entered December 29, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.